IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY ANN PAPARELLA,<br><br>    Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION,<br>GLAXOSMITHKLINE and<br>SMITHKLINE BEECHAM CORPORATION<br>d/b/a GLAXOSMITHKLINE,<br><br>    Defendants. | CIVIL ACTION<br>NO.: 1:07-CV-9683-DAB<br><br>NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Pepper Hamilton LLP, 620 Eighth Avenue, New York, New York 10018, hereby appears, by undersigned counsel, as counsel for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline as of this date and requests that all papers in this action be served upon the undersigned at the addresses listed below.

Dated: New York, New York
   December 20, 2007

*/s/ signature*
Kenneth J. King (KK-3567)
Suzanne M. D'Amico (SD-3581)
PEPPER HAMILTON LLP
The New York Times Building
620 Eighth Avenue
New York, New York 10018

Attorneys for Defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline