IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY ANN PAPARELLA,<br><br>                     Plaintiff,<br><br>v.<br><br>SMITHKLINE BEECHAM CORPORATION,<br>GLAXOSMITHKLINE and<br>SMITHKLINE BEECHAM CORPORATION<br>d/b/a GLAXOSMITHKLINE,<br><br>                     Defendants. | **CIVIL ACTION**<br>NO.: 1:07-CV-9683-DAB<br><br>**AFFIDAVIT OF SERVICE** |

      The undersigned, being duly sworn, deposes and says that she is over the age of 18 years, and is not a party to this action.

      That, on the 20th day of December, 2007, she caused to be served the within Notice of Appearance by first class mail upon:

| | |
|---|---|
| David Eisbrouch<br>Balkin & Eisbrouch, LLC<br>50 Main Street<br>Hackensack, NJ 07061 | Victoria Jennings Maniatis<br>Morelli Ratner, P.C.<br>950 Third Avenue<br>New York, NY 10022 |

the addresses having been designated by said attorneys for that purpose, by depositing a true copy of same, securely enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service.

                                                  _____
                                                  Marie Ramos

Sworn to before me this
20th day of December, 2007

_____
Notary Public

                MICHAEL PALITZ
      Notary Public, State of New York
            No. 01PA6133474
     Qualified in Westchester County
     Commission Expires 9/19/2009